IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JOHN WILLIE POWELL, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) Crim No. 1:19-cr-00024-JRH-BKE-3 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**MOTION FOR LEAVE TO FILE OUT-OF-TIME MOTION UNDER 28 U.S.C. § 2255
TO VACATE, SET ASIDE, OR CORRECT SENTENCE**

COMES Movant, JOHN WILLIE POWELL ("Powell"), appearing *pro se*, and in support of this motion would show as follows:

**I. RELEVANT BACKGROUND**

On February 6, 20129, a grand jury sitting in the United States District Court for the Southern District of Georgia, Augusta Division, returned a twelve (12) count Indictment charging Powell and two (2) other co-defendants. See Doc. 3.[1] Count 1 charged Powell with Conspiracy to Distribute 50 Grams or More of Methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(a)(1). *Id.* Counts 3-5, 7, 9, and 11 charged Powell with Distribution of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1). *Id.* The Indictment also contained a Forfeiture Allegation pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c). *Id.*

On June 19, 2019, a Guilty Plea Hearing was held and Powell entered a guilty plea as to Count 11 of the Indictment, pursuant to a written Plea Agreement. See Docs. 60, 62.

---

[1] "Doc." refers to the Docket Report in the United States District Court for the Southern District of Georgia, Augusta Division in Criminal No. 1:19-cr-00024-JRH-BKE-3, which is followed by the Docket Entry Number.

On November 25, 2019, Powell was sentenced to a term of 97 months' imprisonment, 5 years of Supervised Release, no Fine or Restitution, and a Mandatory Special Assessment Fee of $100.00. *Id.* Judgment in this case was issued on November 27, 2019. See Doc. 79.

## II. REQUEST

With regard to this request for extension, Powell states that:

1. Powell is filing *pro se*.

2. Powell's judgment of conviction became final when the time during which he could have appealed expired. See Section 2255(f)(1). The Judgment in this case was issued on November 27, 2019, hence, the time to appeal expires 14 days after entry of judgment. See Fed.R.App.P. 4(b). His Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, Or Correct Sentence ("§ 2255 Motion") should have been filed on or before December 11, 2020.

3. Powell has been drafting his § 2255 Motion since October 2020 but due to the COVID-19 pandemic, Powell's has very limited, barely any, resources needed to prepare his motion. Further, in November 2020, Powell was moved from FCI Tallahassee to FCI Butner Medium II on December 22, 2020. Therefore, additional time is necessary to prepare his § 2255 Motion.

3. There will be no prejudice to the Court in granting this request for extension of time to file a § 2255 Motion.

4. This motion is made in good faith, and not merely for purposes of delay.

Based on the above, Powell respectfully requests at this Court considers Powell's out-of-time § 2255 Motion and rule on its merits.

Respectfully submitted,

Dated: February __1__, 2021.

*/s/ John Powell*

JOHN WILLIE POWELL
REG. NO. 23026-021
FCI BUTNER MEDIUM II
FEDERAL CORR. INSTITUTION
P.O. BOX 1500
BUTNER, NC 27509
Appearing *Pro Se*



# PRIORITY MAIL

$7.95

JOHN WILLIE POWELL
REG. NO. 23026-021
FCI BUTNER MEDIUM II
FEDERAL CORR. INSTITUTION
P.O. BOX 1500
BUTNER, NC  27509

TO:   Mr. John E. Triplett
Acting Clerk of Court
U. S. District Court
Southern District of Georgia
Augusta Division
600 James Brown Boulevard
Augusta, GA 30901

TO:

EXPECTED DELIVERY DAY:  02/05/21
USPS TRACKING® NUMBER


To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

EP14F Oct 2018
OD: 12 1/2 x 9 1/2


0000 1000014



