IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JOHN WILLIE POWELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 121-023 |
| | ) | (Formerly CR 119-024) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Petitioner, an inmate at Butner Federal Correctional Institution in Butner, North Carolina, filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence, as well as a motion for leave to file his untimely § 2255 motion. As the Clerk of Court already filed the § 2255 motion, the request for leave to file a motion already on the docket is **MOOT**. (Doc. no. 2.) To the extent there is a question about the timeliness of the motion, the Court expects Respondent will address the issue and file any appropriate motion when preparing its response to this Order. If necessary, Petitioner may re-urge any of the arguments raised in his original motion for leave to file an untimely § 2255 motion.

The Clerk of Court **SHALL SERVE** the United States Attorney with this Order and a copy of the § 2255 motion and supporting memorandum. (Doc. nos. 1-1, 3.) The Court **DIRECTS** Respondent to file an answer or response within sixty days of the date of this Order, and Petitioner shall furnish the United States Attorney in Augusta, Georgia, with

copies of all future motions or papers filed in this case. No discovery shall be had by either party without leave of Court.

SO ORDERED this 12th day of February, 2021, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA